■ THE PEOPLE OF THE STATE OF NEW YORK, Respondent, v KRISTI L. HETHERINGTON, Appellant. [827 NYS2d 909]—Appeal from a judgment of the Cayuga County Court (Mark H. Fandrich, J.), rendered October 18, 2005. The judgment convicted defendant, upon her plea of guilty, of criminal sale of a controlled substance in the third degree.

It is hereby ordered that the judgment so appealed from be and the same hereby is unanimously affirmed (*see People v Hidalgo*, 91 NY2d 733, 737 [1998]). Present—Martoche, J.P., Smith, Centra, Lunn and Fahey, JJ.